## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-31615 |
| | ) | |
| Jerzy Serwin aka George Serwin | ) | CHAPTER 13 |
| and Agnieszka Serwin, | ) | |
| | ) | |
| Debtor(s). | ) | Judge: Jacqueline P. Cox |

### NOTICE OF MOTION

To:   Jerzy Serwin and Agnieszka Serwin, 7779 Berkshire Dr Hanover Park, IL 60133, *via regular mail*

DONTECH, c/o Codilis and Associates, 15W030 North Frontage Rd, Suite 100, Willowbrook IL 60527 *via certified mail*

Tom Vaughn, Chapter 13 Trustee, *via ECF delivery system*

Please take notice that on October 28, 2013 at 9:00 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Jacqueline P. Cox or any other Bankruptcy Judge presiding at the 219 South Dearborn, Courtroom 680, Chicago, IL, and shall request that the Motion to Avoid Judicial Lien be entered, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

### CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via certified mail to the above captioned by 5:00 p.m. on or before October 3, 2013.

/s/ *David H. Cutler*
Attorney for Debtor(s)

1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLNOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-31615 |
| | ) | |
| Jerzy Serwin aka George Serwin | ) | CHAPTER 13 |
| and Agnieszka Serwin, | ) | |
| | ) | |
| Debtor(s). | ) | Judge: Jacqueline P. Cox |

## DEBTORS' MOTION TO AVOID JUDICIAL LIEN
## OF DONTECH

NOW COME THE Debtors, Jerzy Serwin and Agnieszka Serwin, by and through their attorneys, Cutler and Associates, Ltd., and herby move this Court pursuant to Section 350(b) of the Bankruptcy Code ("Code") for an Order avoiding the judicial lien held by DONTECH ("Dontech") on the property located at 7779 Berkshire Dr, Hanover Park, IL 60133, pursuant to Section 522 (f) of the Code and Bankruptcy Rule 4003 (d). In support of this Motion, Debtors state the following:

1. The Debtors filed a voluntary bankruptcy petition under Chapter 13 on August 7, 2013.

2. As of the date this motion is filed, this Honorable Court has not yet approved Debtors' Chapter 13 Plan.

3. On January 10, 2005, a Judgment was entered in favor of DONTECH ("Creditor") in the amount of approximately $82,341.91, plus costs.

4. On April 29, 2005, Creditor filed a Memorandum of Judgment with the Cook County Recorder of Deeds as a Lien against Debtor and therefore affecting Debtor's real property located at 7779 Berkshire Dr, Hanover Park, IL 60133 ("Subject Property") (See attached Exhibit A).

5. Subject Property has a current fair value of $139,049.00 and is encumbered by mortgages to CitiMortgage and Carrington Mortgage Services totaling $190,618.00. CitiMortgage and Carrington Mortgage Services have priority over DONTECH.

6. The Debtors' interest in the property referred to in the proceeding paragraph and encumbered by the lien has been claimed as fully exempt in their bankruptcy case.

7. The existence of DONTECH lien on Debtors' real property impairs exemptions to which the Debtors would be entitled under 11 U.S.C.Sec.522(b).

WHEREFORE, the Debtors hereby request that this Court grant the Motion and enter an Order avoiding the judgment lien of DONTECH on the Debtors' residence; and for all other relief that is just and proper.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600