3315          (Rev. 1/3/01) CCG 0015
Memorandum of Judgment

IN THE CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
COUNTY DEPT. - LAW DIVISION

DONTECH,

v.

A. ABLE BUILDERS, INC., an Illinois
corporation, and GEORGE J. SERWIN,
Individually

Doc#: 0511919072
Eugene "Gene" Moore   Fee: $26.50
Cook County Recorder of Deeds
Date: 04/29/2005 02:27 PM Pg: 1 of 1

Recorder's Stamp

No.     04L 009289

## MEMORANDUM OF JUDGMENT

On   JANUARY 10   ,  2005  , judgment was entered in this court

in favor of the plaintiff   DONTECH

and against defendant   GEROGE J. SERWIN

whose address is   7779 BERKSHIRE DR., HANOVER PARK, IL  60133-2420         PIN 07 30 205 024 0000

in the amount of $   82,341.91 PLUS COSTS   ASSOC JUDGE BRIGID MARY McGRATH
                                            MAR 1 5 2005
                                            Circuit Court - 1800
                                                                Judge              Judge's No.

Atty. No.: 91030
Name: M. LESLIE KITE & ASSOCIATES, P.C.
Atty. for: PLAINTIFF
Address: ONE N. FRANKLIN ST. - SUITE 650
City/Zip: CHICAGO, IL 60606Q
Telephone: 312-236-2128

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS