Case 13-31615    Doc 36    Filed 10/28/13    Entered 10/29/13 09:22:03    Desc Main
                        Document      Page 1 of 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Jerzy Serwin aka George Serwin<br>and Agnieszka Serwin<br><br>Debtor(s) | BK No.: 13-31615<br>(Jointly Administered)<br>Chapter: 13<br>Honorable Jacqueline Cox |

## ORDER AVOIDING JUDICIAL LIEN OF LAWRENCE AND LINDA AHLGRIM

This matter having been presented on the Debtors' Motion to Avoid Judicial Lien of LAWRENCE AND LINDA AHLGRIM; due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1) Debtors' motion is granted, as set forth herein;

2) The judicial lien of LAWRENCE AND LINDA AHLGRIM, recorded December 16, 2005, as Document Number 0535016100 with the Cook County Recorder of Deeds in the amount of $23,005.00, plus costs $332.00 against Debtor and this real property located at 7779 Berkshire Dr, Hanover Park, IL 60133, is hereby avoided.

Enter:  *Jacqueline P. Cox*
         J. Cox

Dated: 10-28-13

United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20120501_bko