UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-31615 |
| Jerzy Serwin aka George Serwin | ) | (Jointly Administered) |
| and Agnieszka Serwin | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER AVOIDING JUDICIAL LIEN OF CAPITAL ONE BANK

This matter having been presented on the Debtors' Motion to Avoid Judicial Lien of CAPITAL ONE BANK; due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1) Debtors' motion is granted, as set forth herein;

2) The judicial lien of CAPITAL ONE BANK, recorded June 1, 2007, as Document Number 0715235571 with the Cook County Recorder of Deeds in the amount of $30,061.05, plus costs against Debtor and this real property located at 7779 Berkshire Dr, Hanover Park, IL 60133, is hereby avoided.

Enter: J. Cox /s/ Jacqueline C.

Dated: 10/28/13

United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20120501_bko