UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Jerzy & Agnieszka Serwin<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 13-31615<br><br>Chapter: 13<br>Honorable Jacqueline Cox |

## ORDER MODIFYING DEBTORS' PLAN

THIS MATTER coming to be heard on the Debtors' MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtors' Motion to Modify Chapter 13 Plan is hereby granted.
2. The modified plan shall pay to Carrington Mortgage Services arrears in the amount of $27,281.75.

Enter:

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 3/24/14

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 201100318_bko