UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 13-31615 |
|---|---|---|
| Jerzy Serwin | ) | |
| Agnieszka Serwin | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1.) The Debtor's plan is modified to require the debtors to pay all student loans with Nelnet/US Dept of Education paid directly by the Debtors and the Trustee shall not disburse funds on those debts going forward from the date of this Order;

2.) The current trustee default is deferred;

3.) That all other plan terms shall remain unchanged;

4.) That the trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter: *[signature]*

J. Cox

Dated: OCT 22 2018

United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20151029_bko