**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RE: Jerzy Serwin | ) Case No. 13 B 31615 |
|     Agnieszka Serwin | ) |
| | Debtors ) Chapter 13 |
| | ) |
| | ) Judge: JACQUELINE P COX |

## NOTICE OF MOTION

Jerzy Serwin                                                                 CUTLER & ASSOC
Agnieszka Serwin                                                       via Clerk's ECF noticing procedures
7779 Berkshire Dr
Hanover Park, IL 60133

Please take notice that on February 04, 2019 at 9:00 am my designee or I will appear before the Honorable Judge JACQUELINE P COX at 219 South Dearborn Courtroom 680, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on January 07, 2019.

/s/ Tom Vaughn

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On August 07, 2013 the Debtors filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on December 02, 2013.

   A summary of the debtor's plan follows:

| | |
|---|---|
| Monthly Payment $1,485.00 | Last Payment Received: 11/28/2018 |
| Amount Paid $83,910.57 | Amount Delinquent $1,395.15 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to § 1307 (c) (6).

Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE                                              /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900